IN THE SUPREME COURT OF TEXAS

 No. 10-0487

 IN RE DEB SHAFTO, HERB GONZALES, JR., EDWARD LINDSAY, ART BROWNING,
 CHRISTINE MORSHEDI AND THE GREEN PARTY OF TEXAS

 On Petition for Writ of Mandamus

ORDERED:

 1. The trial court's June 24, 2010 Temporary Injunction order, in
Cause No. D-1-GN-10-001924, styled Texas Democratic Party; Boyd L. Richie,
in his capacity as Chairman of the Texas Democratic Party; and John Warren,
in his capacity as Democratic Nominee for Dallas County Clerk v. Texas
Green Party; Kat Swift, individually and in her capacity as Chairwoman of
the Texas Green Party; Take Initiative America, Inc.; Free and Equal, Inc.;
Tim Mooney; Unknown Donors; and the 2010 Unknown Nominees of the Texas
Green Party, in the 353rd District Court of Travis County, Texas, is stayed
pending further order of this Court.
 2. The petition for writ of mandamus remains pending before this
Court.

 Done at the City of Austin, this July 02, 2010.
 [pic]
 Blake A. Hawthorne, Clerk
 Supreme Court of Texas

 By Claudia Jenks, Chief Deputy Clerk